
**RAS LaVrar, LLC**
1133 S. University Drive, 2nd Floor
Plantation, FL 33324
800-531-5490
www.raslavrar.com

Current Creditor: CAPITAL ONE BANK (USA), N.A.
Account Number: XXXXXXXXXXX6589
RASL File Number: 3000701698
Current Balance: $5,404.27
Letter Date: May 8, 2018

KRISTOFFER O COOPER
5951 WELLESLEY PARK DR APT 601
BOCA RATON FL 33433-6770



RE: CAPITAL ONE BANK (USA), N.A. / KRISTOFFER O COOPER
Account Number: XXXXXXXXXXX6589
Our File Number: 3000701698.001

Dear KRISTOFFER O COOPER:

Our law firm is attempting to collect a debt that is owed to CAPITAL ONE BANK (USA), N.A. on an account, and any information obtained will be used for that purpose. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. This communication is from a debt collector. Should you desire to speak to someone to discuss the possibility of entering into a payment arrangement, contact us at 800-531-5490.

You are notified of the following information:

1. **The amount of the debt:** $5,404.27 as of the date of this letter.
2. **Name of the creditor to whom the debt is owed:** CAPITAL ONE BANK (USA), N.A.
3. **Unless you dispute the validity of the debt or any portion thereof within thirty (30) days after receipt of this Notice, we will assume that the debt is valid.**
4. **If you notify us in writing within thirty (30) days after receipt of this Notice that the debt or any portion thereof is disputed, we will obtain verification of the debt or a copy of any judgment against you and it will be mailed to you.**
5. **We will provide you with the name and address of the original creditor, if different from the current creditor, upon your written request within thirty (30) days after receipt of this Notice.**

Sincerely,

RAS LaVrar, LLC